UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA AUER,

    Plaintiff,

v.

FLORIDA NEUROLOGICAL CENTER, LLC,

    Defendant.

_____/

Case No: 5:17-cv-411-Oc-30-PRL

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT

Defendant, FLORIDA NEUROLOGICAL CENTER, LLC, by and through its undersigned counsel, files its Answer and Affirmative Defenses to the Plaintiff, ANDREA AUER's Complaint, as follows:

1. Admitted for jurisdictional purposes only.
2. Admit.
3. Admit.
4. Denied.
5. Denied.
6. Admit.
7. Admit.
8. Admit.
9. Denied.
10. Denied.
11. Denied.
12. Admit.

1

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Admit.

18. Admit.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

## AFFIRMATIVE DEFENSES

1. As its First Affirmative Defense, Defendant avers that Count I of the Complaint fails to state a cause of action.

2. As its Second Affirmative Defense, Defendant avers that Plaintiff was exempt from the overtime provisions of the Fair Labor Standards Act.

3. As its Third Affirmative Defense, Defendant avers that Plaintiff's claim is barred in whole or in part by the Statute of Limitations.

4. As its Fourth Affirmative Defense, Defendant avers that Plaintiff's claim is barred in whole or in part by the Portal to Portal Act.

5. As its Fifth Affirmative Defense, Defendant avers that Plaintiff waived her right to bring a claim under The Fair Labor Standards Act.

8. As its Eighth Affirmative Defense with respect to Count II of the Plaintiff's Complaint, Defendant avers that Plaintiff's breach of contract claim is barred by the statute of frauds.

9. As its Ninth Affirmative Defense with respect to Count II of the Plaintiff's Complaint, Defendant avers that Plaintiff fails to state a cause of action.

11. As its Eleventh Affirmative Defense with respect to Count II of the Plaintiff's Complaint, Defendant avers that Plaintiff failed to mitigate her damages.

I HEREBY CERTIFY that a true and exact copy of the foregoing instrument has been furnished electronically via the CM/ECF System to Matthew W. Birk, Esquire, at mbirk@gainesvilleemploymentlaw.com, on September 28, 2017.

        BLANCHARD, MERRIAM,
        ADEL & KIRKLAND, P.A.

        By _____
        Edwin A. Green, III
        Florida Bar Number: 0606111
        Post Office Box 1869
        Ocala, Florida 34478
        Telephone: (352) 732-7218
        Attorneys for Defendant
        tgreen@bmaklaw.com
        lcaldwell@bmakaw.com