UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ANDREA AUER,                                                    Case No:  5:17-cv-411-Oc-30-PRL

       Plaintiff,

v.

FLORIDA NEUROLOGICAL CENTER, LLC,

       Defendant.

_____/

## DEFENDANT'S AMENDED FIRST MOTION IN LIMINE

The Defendant, FLORIDA NEUROLOGICAL CENTER, LLC (hereinafter, "FNC"), by and through its undersigned counsel, and pursuant to this Court's February 8, 2018 Case Management and Scheduling Order (Doc. 16), requiring motions in limine to be file with the Court no later than December 18, 2018, hereby files its First Motion in Limine to exclude evidence of prior FLSA lawsuits and/or settlements wherein FNC was Defendant, and in support thereof would show:

1.     ANDREA AUER (hereinafter, "AUER") began her working for FNC on or about February 9, 2016.

2.     AUER was initially hired as a medical assistant to help FNC update its electronic medical records.

3.     During the course of her employment, it is the Defendant's position that AUER was appropriately paid wages for every hour she worked and that AUER was exempt during certain portions of her employment in an administrative and/or executive capacity.

4.      It is expected that AUER will try to introduce into evidence during the trial of this case the fact that FNC has previously been sued for wage and hour violations by other former employees.

5.      This type of evidence is not relevant and its probative value, if any, is substantially out weighed by unfair prejudice, confusion of the issues and may mislead the jury. *See, Federal Rules of Evidence* 403.

6.      Pursuant to Local Rule 3.01(g), *Fed. R. Civ. P.,* the undersigned certifies that he has conferred with counsel for the Plaintiff in a good faith effort to resolve the issues raised in this motion.  Plaintiff's counsel does not agree to the relief sought in this motion.

WHEREFORE, the Defendant, FLORIDA NEUROLOGICAL CENTER, LLC, respectfully requests this Court enter an Order in Limine prohibiting the Plaintiff and her attorneys from offering into evidence or testimony regarding any prior lawsuit against FLORIDA NEUROLOGICAL CENTER, LLC.

I HEREBY CERTIFY a copy hereof has been furnished by email to Matthew W. Birk, Esquire, at mbirk@gainesvilleemploymentlaw.com, on this 12th day of December, 2018.

BLANCHARD, MERRIAM,
ADEL & KIRKLAND, P.A.

By _____
EDWIN A. GREEN, III, ESQUIRE
Florida Bar No. 0606111
Post Office Box 1869
Ocala, Florida  34478
Telephone:  (352) 732-7218
Attorneys for Defendant
Primary email: tgreen@bmaklaw.com
Secondary: lcaldwell@bmaklaw.com